**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-7709**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

RONELL MCKINLEY PRESSEY,

        Defendant - Appellant.

Appeal from the United States District Court for the Eastern
District of Virginia, at Newport News.  Rebecca Beach Smith,
Chief District Judge.  (4:01-cr-00083-RBS-3)

Submitted: April 26, 2012      Decided: April 30, 2012

Before GREGORY, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ronell McKinley Pressey, Appellant Pro Se.  Scott W. Putney,
Assistant United States Attorney, Newport News, Virginia, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronell McKinley Pressey appeals the district court's orders denying his 18 U.S.C. § 3582(c)(2) (2006) motion and his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Pressey, No. 4:01-cr-00083-RBS-3 (E.D. Va. Nov. 8, 2011 & Dec. 1, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED